AO-10 (WP)
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2006

Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111)

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| WOLLE, CHARLES R. | US DISTRICT Court SDIA | April 9, 2007 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* | 5a. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial ✗ Annual ___ Final | 6. Reporting Period |
|---|---|---|
| Senior US District Judge | 5b. ___ Amended Report | Jan 1 To Dec 31, 2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 410 US CourtHouse Annex 130 East Court Street Des Moines, IA 50309 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ✗ NONE (No reportable positions.) | |
| 1 _____ | _____ |
| 2 _____ | _____ |
| 3 _____ | _____ |

RECEIVED 2007 APR 20 A 9:41 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ✗ NONE (No reportable agreements.) | |
| 1 _____ | _____ |
| 2 _____ | _____ |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|

### A. Filer's Non-Investment Income

| | | |
|---|---|---|
| ✗ NONE (No reportable non-investment income.) | | |
| 1 _____ | _____ | $ _____ |
| 2 _____ | _____ | $ _____ |
| 3 _____ | _____ | $ _____ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| ✗ NONE (No reportable non-investment income.) | | |
| 1 _____ | _____ | |
| 2 _____ | _____ | |

# FINANCIAL DISCLOSURE REPORT

Name of Person Reporting: Charles R. Wolle

Date of Report: April 9, 2007

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | (Transportation, Meals, Room) |
| 1 | AEI Brookings Institute | May 18-21 — Washington, DC — Construction Defects Seminar |
| 2 | George Mason University Law School | July 6-9 — Cambridge, MA — Culture & Markets Seminar (Transportation, Meals, Room) |
| 3 | International Judicial Academy | September 24-29 — The Hague, Neterlands — Seminar on International Courts & Law (Transportation, Meals, Room) |
| 4 | AEI Brookings Institute | December 6-8 — Washington, DC — Civil Justice Issues (Transportation, Meals, Room) |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☒ | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☒ | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000  P3=$25,000,001-50,000,000  P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Charles R. Wolle | April 9, 2007 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) ML=Merrill Lynch | | | | | | | | | |
| 1 ML IRA - Directed Basic Value Fund | B | div | K | T | | | | | |
| 2 ML Dragon Fund | A | div | J | T | | | | | |
| 3 ML Eurofund | A | div | J | T | | | | | |
| 4 ML Global Allocation Fund | B | div | K | T | | | | | |
| 5 LL Solutions Common (formally Edentix Inc) | A | div | J | T | | | | | |
| 6 Retirement Receives Fund | A | div | J | T | | | | | |
| 7 ML Rollover IRRA ATT Wireless Common | A | div | J | T | | | | | |
| 8 Berkshire Hath B | A | div | L | T | | | | | |
| 9 BP Amoco PLC ADR | A | div | J | T | | | | | |
| 10 Citigroup Inc Common | A | div | J | T | | | | | |
| 11,12 Ciscosys Common Irish Inv. Fund | A | div | J | T | | | | | |
| 13 Progressive Ret Fund | A | div | J | T | | | | | |
| 14 General Elec Common | A | div | J | T | Sold Part (⅓) | 7-17 | J | A | |
| 15 Hellenic Tele ADR | A | div | J | T | | | | | |
| 16 Intel Common | A | div | J | T | | | | | |
| 17 Johnson & Johnson Comm | A | div | J | T | | | | | |
| X | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| | | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| ML = Merrill Lynch | | | | | | | | | |
| 18 ML Rollover IRRA (cont) McDonalds Corp. Comm | A | div | J | T | | | | | |
| 19 Microsoft Common | A | div | J | T | | | | | |
| 20 Nokia Corp ADR | A | div | J | T | | | | | |
| 21 Pfizer Common | A | div | J | T | | | | | |
| 22 Sylvan Learning Corp now Laureate Common | A | div | J | T | sell | 7-17 | J | C | |
| 23 Walmart Common | A | div | J | T | | | | | |
| 24 ML Bank USA | A | div | K | T | | | | | |
| 25 Fidelity Adv Mut Fund | A | div | K | T | | | | | |
| 26 United Parcel Common | A | div | J | T | | | | | |
| 27 FLA East Coast Common | A | div | J | T | | | | | |
| 28 AOL Time Warner Comm | A | div | J | T | | | | | |
| 29 American Express Comm | A | div | J | T | sell | 7-17 | J | B | |
| 30 Corning Inc Common | A | div | J | T | | | | | |
| 31 Oracle Corp | A | div | J | T | | | | | |
| 32 Starwood Hotels with Host Resorts Comm | A | div | J | T | sell | 7-17 | J | C | |
| 33 Sun Microsystems Comm | A | div | J | T | | | | | |
| Vanguard Cust IRRA Rollover Funds | | | | | | | | | |
| 34 Vanguard 500 Ind. | A | div | K | T | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
   (See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000

2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
   (See Col C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000   P4=More than $50,000,000

3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
   (See Col. C2)   U=Book value   V=Other   W=Estimated

# FINANCIAL DISCLOSURE REPORT

Name of Person Reporting: Charles R. Wolle

Date of Report: APRIL 9, 2007

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ML = Merrill Lynch | | | | | | | | | |
| 35 Vanguard Cust IRRA (cont) Vanguard Emerging Fd | A | div | L | T | | | | | |
| 36 Vanguard European Fd | A | div | K | T | | | | | |
| 37 Vanguard Pacific Fund | A | div | K | T | | | | | |
| 38 General Growth Pts | A | div | J | T | | | | | |
| 39 ML Rollover IRRA (cont) Intl. Game Tech Common | A | div | J | T | sell part 7-17 | | J | B | |
| 40 RAE Syst. Common | A | div | J | T | | | | | |
| 41 Berkshire Hath CLB | A | div | K | T | | | | | |
| 42 LM Ericsson ADR Ord | A | div | K | T | sell | 1-7 | K | B | |
| 43 Electrolux CLB Ord | A | div | K | T | sell | Dec 2005 | K | B | Sale should have been reported in 06 |
| 44 SKF AB ord | A | div | K | T | | | | | |
| 11 ML IRRA Rollover Wells Fargo + Co Common | A | div | J | T | | | | | |
| 12 Regions Finl Corp | A | div | J | T | sell | 7-12 | K | B | |
| 13 Google Inc Common | A | div | J | T | BUY Sell ½ | 8-25 12-4 | J J | A A | |
| 14 Ameriprise Finl Common | A | div | J | T | Spun off from AmExp | 1-1 | J | A | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1. Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2. Value Codes: (See Col C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3. Value Method Codes (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | U=Book value | V=Other | W=Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Charles R. Wolle | APRIL 9, 2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮     Date _APRIL 9, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544